No. 706. WILLIAM T. HUGULEY, PETITIONER, *v.* ATLANTIC COAST LINE RAILROAD COMPANY ET AL. April 4, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John M. Thurston* and *Mr. Frederick P. Myers* for the petitioner. *Mr. John E. Hartridge* for the respondent.

No. 834. CORNELL STEAMBOAT COMPANY, PETITIONER, *v.* ANNIE V. FALLON, AS ADMINISTRATRIX, ETC. April 4, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Amos Van Etten* and *Mr. J. Parker Kirlin* for the petitioner. *Mr. Nelson Zabriskie* for the respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 21 TO APRIL 10, 1910.

No. 803. JOAQUIN GIL, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. February 21, 1910. Docketed and dismissed on motion of *Mr. Solicitor General Bowers* for the defendant in error. *The Attorney General* and *The Solicitor General* for the defendant in error. No one opposing.